

# Fourth Court of Appeals
## San Antonio, Texas

June 13, 2014

No. 04-14-00411-CR

**IN RE** Carl **DEATON**

Original Mandamus Proceeding[1]

### ORDER

Sitting:      Sandee Bryan Marion, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

On June 11, 2014, relator filed a pro se petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to mandamus relief. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's motion to waive the requirement that he provide this court with multiple copies of his petition for writ of mandamus is DENIED AS MOOT. The court's opinion will issue at a later date.

It is so **ORDERED** on June 13th, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2010CR11883, styled *The State of Texas v. Carl Deaton*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.